PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BATES, | ) | |
| | ) | CASE NO. 1:14CV0399 |
| Petitioner, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| ALAN J. LAZAROFF,[1] Warden, | ) | **AND ORDER RE: DISMISSING** |
| | ) | **PETITIONER'S APPLICATION FOR** |
| Respondent. | ) | **WRIT OF HABEAS CORPUS** |

*Pro Se* Petitioner Robert Bates filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1), alleging two grounds for relief which challenge the constitutional sufficiency of his conviction and sentence for six counts of robbery, three of which included a three-year firearm specification and three of which included a one-year firearm specification. The state trial court sentenced Petitioner to a total of 49 years in prison.

On June 2, 2014, the case was referred to Magistrate Judge George J. Limbert for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2).

The Magistrate Judge submitted a Report and Recommendation (ECF No. 10) on April 14, 2015 recommending that the petition be dismissed.

---

[1] Mick Oppy was the original respondent. He was sued in an official capacity as a public officer. Alan J. Lazaroff is now the Warden at Mansfield Correctional Institution. *See* ECF No. 7 at PageID #: 28 n. 1. Pursuant to Fed. R. Civ. P. 25 (d), Lazaroff's name has been automatically substituted as a party.

(1:14CV0399)

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Objections to the Magistrate Judge's Report were, therefore, due on May 1, 2015.[2] Petitioner has not filed any objections, evidencing satisfaction with the Magistrate Judge's recommendation. Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted. Robert Bates's Petition for a Writ of Habeas Corpus is dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

| May 29, 2015 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |

---

[2] Under Fed. R. Civ. P. 6(d), three days must be added to the fourteen-day time period because Petitioner was served the Magistrate Judge's Report by mail. See Thompson v. Chandler, 36 Fed. Appx. 783, 784 (6th Cir. 2002).